# EXHIBIT A

NYSCEF - New York State Courts Electronic Filing (Live System)

*<< Return to **Search Results***

**152096/2025 -** New York County Supreme Court

Short Caption: **JANE DOE v. ALON ALEXANDER**
Case Type: **Torts - Other (Gender Motivated Violence)**
Case Status: **Active**
eFiling Status: **Partial Participation Recorded**
Assigned Judge: **Leslie Stroth**

E-mail Participating Parties

Print Document List

**Narrow By Options**

| Document Type: | [dropdown] | Filed By: |
| [dropdown] | | |
| Motion Info: | [dropdown] | Filed Date: |
| [field] 📅 | thru [field] 📅 | |
| Document #: | [field] | |

📁 Show Motion Folders ONLY

**Sort By:** [Document #]

| # | Document | Filed By | Status |
|---|----------|----------|--------|
| 1 | SUMMONS + COMPLAINT *Corrected* | CURIS, ANTIGONE<br>Filed: 02/18/2025<br>*Received: 02/18/2025* | **Processed**<br>Confirmation Notice |
| 2 | ORDER TO SHOW CAUSE ( PROPOSED ) (Motion #001) | CURIS, ANTIGONE<br>Filed: 02/18/2025<br>*Received: 02/18/2025* | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 3 | MEMORANDUM OF LAW (Motion #001) | CURIS, ANTIGONE<br>Filed: 02/18/2025<br>*Received: 02/18/2025* | **Processed**<br>Confirmation Notice |
| 4 | RJI -RE: ORDER TO SHOW CAUSE (Motion #001) | CURIS, ANTIGONE<br>Filed: 02/18/2025<br>*Received: 02/18/2025* | **Processed**<br>Confirmation Notice<br>Payment Receipt |
| 5 | ORDER TO SHOW CAUSE (Motion #001) | Court User<br>Filed: 02/20/2025<br>*Received: 02/20/2025* | **Processed**<br>Confirmation Notice |
| 6 | AFFIRMATION/AFFIDAVIT OF SERVICE | CURIS, ANTIGONE.<br>*- filed by Executive Attorney Service, Inc.*<br>Filed: 02/27/2025<br>*Received: 02/27/2025* | **Processed**<br>Confirmation Notice |
| 7 | STATEMENT OF AUTHORIZATION FOR ELECTRONIC FILING | CURIS, ANTIGONE.<br>*- filed by Executive Attorney Service, Inc.*<br>Filed: 02/27/2025<br>*Received: 02/27/2025* | **Processed**<br>Confirmation Notice |
| 8 | AFFIRMATION/AFFIDAVIT OF SERVICE (Motion #001)<br>*affidavit of overnight mail* | CURIS, ANTIGONE.<br>*- filed by Executive Attorney Service, Inc.*<br>Filed: 02/27/2025<br>*Received: 02/27/2025* | **Processed**<br>Confirmation Notice |

*<< Return to **Search Results***