UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                    Plaintiff,<br><br>           -v.-<br><br>ALON ALEXANDER,<br><br>                    Defendant. | 25 Civ. 2111 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

At the conference held on May 7, 2025, the parties stipulated that diversity jurisdiction does not exist in this case. For that reason, the Court REMANDS this case to the Supreme Court of the State of New York, County of New York. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

SO ORDERED.

Dated:  May 7, 2025
        New York, New York

                                                     _____
                                                           KATHERINE POLK FAILLA
                                                           United States District Judge